# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION<br><br>and<br><br>GOODRICH CORPORATION<br><br>Defendants | CASE NO.: 1:12-CV-01230-KBJ |

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS
## OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff, the United States of America ("United States"), hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA"), the following procedures have been followed in preparation for entry of the Final Judgment in this matter:

1. The Complaint, proposed Final Judgment, and Hold Separate Stipulation and Order ("Hold Separate Order"), by which the parties have agreed to the Court's entry of the Final Judgment following compliance with the APPA, were filed with the Court on July 26, 2012.  The United States also filed its Competitive Impact Statement with the Court on July 26, 2012.

2. Pursuant to 15 U.S.C. §16(b), the proposed Final Judgment and Competitive Impact Statement were published in the *Federal Register* on August 2, 2012 (*see United States v. United Technologies Corporation, et al.,* 77 Fed. Reg. 46186).

3. Pursuant to 15 U.S.C. §16(b), copies of the proposed Final Judgment and Competitive Impact Statement were furnished to all persons requesting them and made available on the website of the Antitrust Division of the Department of Justice, as were the Complaint and Hold Separate Order.

4. Pursuant to 15 U.S.C. §16(c), a summary of the terms of the proposed Final Judgment was published in *The Washington Post*, a newspaper of general circulation in the District of Columbia, for seven days beginning on July 31, 2012 and ending on August 6, 2012.

5. As noted in the Competitive Impact Statement, there were no determinative materials or documents within the meaning of 15 U.S.C. §16(b) that were considered by the United States in formulating the proposed Final Judgment, so none was furnished to any person pursuant to 15 U.S.C. §16(b) or listed pursuant to 15 U.S.C. §16(c).

6. As required by 15 U.S.C. §16(g), on August 3, 2012, defendants United Technologies Corporation and Goodrich Corporation filed with the Court a description of written or oral communications by or on behalf of each defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment.

7. The sixty-day comment period prescribed by 15 U.S.C. § 16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, ended on October 5, 2012. During that period, the United States received two comments on the proposed settlement. The United States filed its response to those comments with the court on February 12, 2013, and published its response in the *Federal Register* on April 15, 2013 (s*ee United States v. United Technologies Corporation, et al.,* 78 Fed. Reg. 22302).

8.      The parties have satisfied all the requirements of the APPA that were conditions for entering the proposed Final Judgment. The Court may now enter the Final Judgment if the Court determines that, pursuant to 15 U.S.C. §16(e), entry of the Final Judgment is in the public interest.

Dated: April 18, 2013                                    Respectfully submitted,

_____
Kevin C. Quin (D.C. Bar # 415268)
United States Department of Justice
Antitrust Division, Litigation II Section
450 Fifth Street, NW, Suite 8700
Washington, D.C. 20530
Tel.: (202) 307-0922
Fax: (202) 514-9033
Email:  kevin.quin@usdoj.gov